# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Bruce Morgan**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00407-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Fialka | ) | |
| Garland Phillps | | |
| Joseph Kerrigan | | |
| Jeb Johnson**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court sua sponte and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 5, 2016 Order.

April 5, 2016

Frank G. Johns, Clerk
United States District Court